IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ERVIN HOLLOWAY | ) | |
| | ) | |
| v. | ) | CR NO. 2:98cr69 |
| | ) | WO |
| UNITED STATES OF AMERICA | ) | |

**ORDER ON MOTION**

On July 7, 2005, movant Ervin Holloway filed a pleading styled as a motion for "*Leave of Stay of Proceedings until Notice.*" (Doc. 494.) The court construes this pleading to contain a motion for extension of time to file objections to the Supplemental Recommendation of the Magistrate Judge entered on June 23, 2005. Upon consideration of this motion, and for good cause, it is

ORDERED that the motion for extension of time (Doc. 494) be and is hereby GRANTED. It is further

ORDERED that Holloway be and is hereby GRANTED an extension from July 6, 2005, to and including August 2, 2005, to file his objections to the Supplemental Recommendation of the Magistrate Judge entered on June 23, 2005.

DONE, this 19th day of July, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE