IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ERVIN HOLLOWAY | ) | |
| | ) | |
| v. | ) | CR NO. 2:98cr69 |
| | ) | WO |
| UNITED STATES OF AMERICA | ) | |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that the order entered on July 19, 2005 (Doc. #495) – in which this court (1) construed defendant Ervin Holloway's "Leave of Stay of Proceedings until Notice" (Doc. #494) as a motion for extension of time to file objections to the Supplemental Recommendation of the Magistrate Judge entered on June 23, 2005 (Doc. #494), and (2) granted Holloway an extension from July 6, 2005, to and including August 2, 2005, to file his objections – be and is hereby VACATED.

Defendant Holloway is advised, as stated in a separate order of this court entered on July 19, 2005 (Doc. #496), that upon his promptly advising this court of his receipt of the Supplemental Recommendation of the Magistrate Judge, this court will enter an order setting a new time within which his objections may be filed.

DONE, this 20th day of July, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE