IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:98cr069-A |
| | | (Civil Action No. 2:00cv1328-A) |
| ERVIN HOLLOWAY | ) | |

**ORDER**

Following remand from the Eleventh Circuit Court of Appeals (*Holloway v. United States*, No. 04-12957), this case is now before the court on the Recommendation of the Magistrate Judge entered on May 6, 2005 (Doc. #489), the objection to that Recommendation (Doc. #490), the Supplemental Recommendation of the Magistrate Judge (Doc. #493), and the objection filed to the Supplemental Recommendation (Doc. #500).

After an independent evaluation and *de novo* review, the court finds Holloway's objections to be without merit, and they are hereby overruled. The court adopts the Recommendation of the Magistrate Judge (Doc. #489) and the Supplemental Recommendation of the Magistrate Judge (Doc. #493), and it is hereby

ORDERED that this 28 U.S.C. § 2255 motion is DENIED. Final Judgment will be entered accordingly.

DONE this 9th day of September, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE